AO 91 (Rev. 11/11) Criminal Complaint

**FILED**

VANESSA L. ARMSTRONG, CLERK

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF KENTUCKY

SEP 2 6 2014

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| **Christopher Kosicki** | ) | Case No. 3:14- mj -476 |
| | ) | |
| _Defendant_ | | |

## CRIMINAL COMPLAINT

I, Dan Jackman, the complainant in this case, state the following is true to the best of my knowledge and belief.

In or about September 2014 in Jefferson County, Kentucky, in the Western District of Kentucky, the defendant violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 2241(c) | Aiding and abetting crossing a state line with intent to engage in a sexual act with a person who has not yet attained the age of 12 years |
| 18 U.S.C. § 2251(a) | Aiding and abetting the production of child pornography |

This criminal complaint is based on these facts:

X    Continued on the attached sheet

_Complainant's signature_

Dan Jackman
Detective, LMPD Crimes Against Children Unit
Federal Bureau of Investigation Task Force Officer

_Printed name and title_

Sworn to before me and signed in my presence.

Date: 9/25/2014

_Judge's Signature_

JAMES D. MOYER
United States Magistrate Judge
_Printed Name and Title_

City and State: Louisville, Kentucky

DJH:JEL