FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
2014 NOV 12 AM 10: 56

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**CHRISTOPHER KOSICKI**
**HOWARD KEY CHAMBERS**

SUPERSEDING INDICTMENT

NO.  3:14CR-108-JGH
18 U.S.C. § 2
18 U.S.C. § 2241(c)
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 1591(a)(1)
18 U.S.C. § 1591(b)(1)
18 U.S.C. § 1591(e)(3)
18 U.S.C. § 2422(b)

The Grand Jury charges:

## COUNT 1

In or about September 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, aided and abetted another person known to the Grand Jury to cross a State line (from Indiana to Kentucky), with intent to engage in a sexual act with a person who had not attained the age of 12 years.

In violation of Title 18, United States Code, Sections 2 and 2241(c).

The Grand Jury further charges:

## COUNT 2

In or about September 2014, on an occasion other than that set out in Count 1, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, aided and abetted another person known to the Grand Jury to cross a State line (from

Indiana to Kentucky), with intent to engage in a sexual act with a person who had not attained the age of 12 years.

In violation of Title 18, United States Code, Sections 2 and 2241(c).

The Grand Jury further charges:

## COUNT 3

In or about September 2014, on an occasion other than that set out in Counts 1 and 2, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, aided and abetted another person known to the Grand Jury to cross a State line (from Indiana to Kentucky), with intent to engage in a sexual act with a person who had not attained the age of 12 years.

In violation of Title 18, United States Code, Sections 2 and 2241(c).

The Grand Jury further charges:

## COUNT 4

In or about September 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, aided and abetted another person known to the Grand Jury to knowingly use, persuade, induce, entice, and coerce a minor (Jane Doe 1), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were actually transported in and affecting interstate commerce, that is, from Kentucky to Indiana.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

Case 3:14-cr-00108-RGJ Document 24 Filed 11/12/14 Page 3 of 11 PageID #: 72

The Grand Jury further charges:

## COUNT 5

On or about June 13, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, knowingly used, persuaded, induced, enticed, and coerced a minor (Jane Doe 2), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 6

On or about June 13, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, knowingly used, persuaded, induced, enticed, and coerced a minor (Jane Doe 3), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 7

In or about and between 2013 and August 2014, in the Western District of Kentucky, Jefferson County, Kentucky, and elsewhere, the defendant, **HOWARD KEY CHAMBERS,**

using a facility and means of interstate commerce, that is, communications over the Internet, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of eighteen years to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

The Grand Jury further charges:

## COUNT 8

In or about and between 2013 and August 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendants, **CHRISTOPHER KOSICKI** and **HOWARD KEY CHAMBERS**, aided and abetted by each other, knowingly, affecting interstate commerce, enticed, harbored, provided, obtained, and maintained by any means a person that had not attained the age of 14 years who was caused to engage in commercial sex acts, that is, any sex act, on account of which anything of value is given to and received by any person.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(1), and (e)(3).

The Grand Jury further charges:

## COUNT 9

On or about September 30, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, knowingly used, persuaded, induced, enticed, and coerced a minor (Jane Doe 4), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had

been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 10

On or about December 2, 2012, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, knowingly used, persuaded, induced, enticed, and coerced a minor (Jane Doe 5), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 11

On or about May 18, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, knowingly used, persuaded, induced, enticed, and coerced a minor (Jane Doe 6), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

### COUNT 12

On or about August 4, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, knowingly used, persuaded, induced, enticed, and coerced a minor (Jane Doe 7), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

### COUNT 13

On or about May 3, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, knowingly used, persuaded, induced, enticed, and coerced a minor (Jane Doe 8), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

### COUNT 14

On or about June 23, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, knowingly used, persuaded, induced,

enticed, and coerced a minor (Jane Doe 9), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 15

On or about August 12, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, knowingly used, persuaded, induced, enticed, and coerced a minor (Jane Doe 10), to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

## COUNT 16

On or about August 8, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **CHRISTOPHER KOSICKI**, knowingly used, persuaded, induced, enticed, and coerced a minor (Jane Doe 1), to engage in sexually explicit conduct with defendant **HOWARD KEY CHAMBERS** for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

A TRUE BILL.

Redacted

FOREPERSON

DAVID J. HALE
United States Attorney

DJH:JEL:141107

8

UNITED STATES OF AMERICA v. **CHRISTOPHER KOSICKI** and **HOWARD KEY CHAMBERS**

## PENALTIES

| | |
|---|---|
| Counts 1 - 3: | NL 30 yrs./NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release (each count) |
| Counts 4 - 6: | NL 15 yrs./NM 30 yrs./$250,000/both/NL 5 yrs./NM Life supervised release (each count) |
| Count 7: | NL 10 yrs./NM Life/$250,000/both//NL 5 yrs./NM Life Supervised Release |
| Count 8: | NL 15 yrs./NM Life/$250,000/both//NL 5 yrs./NM Life Supervised Release |
| Counts 9 - 16: | NL 15 yrs./NM 30 yrs./$250,000/both/NL 5 yrs./NM Life supervised release (each count) |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid

balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.   18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY   40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY   42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY   42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY   42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 3:14CR-108-H

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2014 NOV 12 AM 10: 56

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville Division

THE UNITED STATES OF AMERICA
vs.
CHRISTOPHER KOSICKI

HOWARD KEY CHAMBERS

## SUPERSEDING INDICTMENT
Title 18 U.S.C. §§ 2; 2241(c); 2251(a); 2251(e); 2422(b); 1591(a)(1); 1591(b)(1); 1591(e)(3): Aiding and Abetting Another Person to Cross a State Line with Intent to Engage in Sexual Acts with Persons Who Had Not Attained the Age of 12 Years; Aiding and Abetting Another Person to Use, Persuade, Induce, Entice, and Coerce a Minor to Engage in Sexually Explicit Conduct for the Purpose of Producing Visual Depictions of Such Conduct, Which Were Actually Transported in Interstate Commerce; Using, Persuading, Inducing, Enticing, and Coercing Minors to Engage in Sexually Explicit Conduct for the Purpose of Producing Visual Depictions of Such Conduct, Which Were Produced Using Materials that had Been Mailed, Shipped, and Transported in Interstate Commerce; Using the Internet to Attempt to Persuade, Induce, and Entice a Minor to Engage in Unlawful Sexual Activity; Aiding and Abetting; Enticing, Harboring, Providing, Obtaining, and Maintaining a Person, Under the Age of 14 Years, Who was Caused to Engage in Commercial Sex Acts;.

A true bill

Redacted

Foreman

Filed in open court this 12th day, of November, A.D. 2014.

Clerk

Bail, $