UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                              PLAINTIFF

vs.                                                                      CRIMINAL ACTION NO. 3:14CR108-JHM

CHRISTOPHER KOSICKI
HOWARD KEY CHAMBERS                                                                              DEFENDANTS

– *Electronically Filed* –
**MOTION FOR PROTECTIVE ORDER**

      Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court for entry of a Protective Order pertaining to the discovery in the instant case.  Several pieces of discovery, including recorded interviews with the defendants, include references to child victims' names.  The materials also include detailed information concerning the sexual abuse of the child victims.  The materials have been made available to the defendants, through defense counsel.  The materials, however, should not be distributed beyond defense counsel because further disclosure/distribution would be detrimental to the welfare and well-being of the children involved and violate their rights to privacy.  *See* 18 U.S.C. §§ 3509(d)(1) and (d)(3).  -Therefore, it is respectfully requested that the Court enter a Protective Order that limits the disclosure or distribution of the contents or copies of the discovery materials previously provided to the defense.

                                            Respectfully submitted,

                                            JOHN E. KUHN, JR.
                                            United States Attorney

                                            */s/ Jo E. Lawless*
                                            Jo E. Lawless
                                            Assistant United States Attorney
                                            717 West Broadway
                                            Louisville, Kentucky 40202
                                            (502) 625-7065
                                            (502) 582-5097 (Fax)

Certificate of Service

      I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system to defense counsel on October 6, 2015.

                                                 /s/ *Jo E. Lawless*
                                                 Jo E. Lawless
                                                 Assistant United States Attorney