Exhibit A

Dec. 11 2015 — First thing first, Thank you for the letter pad. I wish I had something
Friday    to send over for you for Christmas. Hopefully those cards come in handy.
  — Your story — Well, I think it was good, just short. I think you feel that way because you were forced into the senario. I think if you had completly done your own senario it would have come out better. Looking foward to reading one of your own storys.
  — Jill and Jessa — Theres getting their own story shown on TLC. It's only 3 ep. long though. I'll be watching.  I ♡ Jessa
  — A Proffer — It's basically a gettaway with a crime free card. You sit down with your lawyer, prosicutor, FBI and you and tell them of crimes and anything that may help them and its in the agreement they cant charge you with any new crimes. It's my 3rd proffer. Thats how I have never been charged with any pictures or half my crimes. I'll write back on the 14th after I'm done and tell you how it went.
  — "Focus" It was a Blood + Penis = — Blood Loss for the brain. I'm shocked you missed a boner jokke. Lol   [censored] ← No boner emoji.
  — Sia — Same here, that is the first time I've ever seen her do an interview. I believe she might have started out that way but after years in the limelight I'm sure its for show. I'm sure if you really wanted to, you could find her face on the internet. well !!!
  — DQ — I haven't seen it. I'll keep an eye out for it.
  — Madelyn — It's funny we both wrote about her. Not sure how many episodes left but I hope we see her again.
  — Miley Cyrus — They just showed the world premier of MC's new music video "BabyTalk"... OMG. It's the weirdest video I've ever seen. In a good way. The video is her dressed as a baby barefoot sucking on her toe's in a diaper singing, "I want you to fxxx me tell I baby talk" I couldn't make this shit up. Keep checking MTV randomly.  → #2

#2

- So I just seen there making a "Little Mermaid" Live action movie and its going to be staring "Chloe Grace Moretz". Chloe as a redhead.
- Russ got 27 years. Atleast according to my "trustee" source. LoL see what I did there. (Trusty source)
- OK so I have to bow down to your girl J-Law. Just seen her on E! news, she's doing the next Xmen movie. My geekness just went through the roof. No Idea who she plays.
- So I couldn't finish my story I tryed, I'm just a shitty writer. LoL. And before jumping to conclusions, No the Ashley in my story was not based off Kyles GF. Although I did have a laugh about it after I noticed it and put two and two together. Anyway I included what I wrote and if your up to it feel free to try and finish it. I was going to try to fallow the same, Mom + Twins + Nosey sister scheme. I'll stick to just reading instead of writing. Feel free to change anything.
- This might be a weird request but does anyone over there have todds moms phone #. He told us to call her but forgot to give us the #. Not sure who would have it.
- Sling Blade - yea he kind of does that here to but will just look at him and go "yes" and he'll shake his head and be like "sorry I was zoned out" so far so good. hes learning
- My Exploits - I might get an urge to copy my ~~PSI~~ PSI down. If I had a way to get an entire PSI over to you I would request a second one from my lawyer. If you ever decided to go to rec I'd give it to you to read at rec then return on the way back. ☺
- #296 doing & you - IDK, you never seem to be in the window. We see jarrett alot, you need to be more active and social. LoL. JK

→ #3

#3

**Dec 12 2015 Saturday** — Starks cough #3, Nyx's word to Aphrodite #1, whats #2 ???
 The cast girls have done a great job at making me love there characters and care what happens to them. Damn them.

— So I just talked to are CO and he told me Russ got put back up front since he got 27yrs just incase he trys to commit suicide. There not saying he would, but its not a bad idea to keep an eye on him just in case. ☺

— KFC - Not sure there goal, but norm mcdonald is the creepiest colonal ever. Not as bad as the "tadders & gravy" guy but still.

— On a side note, I know you sang that part in your head. Lol

**Dec. 13 2015 Sunday** — Jessa - Wow she got big. I watched there show tonight and shes mega preggo. still super sexy and I might have to make room in my top 10 for her. insta-Threesome. I kid, Lol

— I saw the DQ commercail today finaly, .... yep!!!

— My Story - The characters where going to be as fallowed
 Mom 26 - Ashley, Twins 12 -                     sister 8 - Macy.
 Not that they matter now but that's what they would have been if the story had been finished.

**Dec 14 2015 Monday** — I just got done with my proffer.... It was stressfull, basicly I admitted to ... A. Molesting over 50 other girls (some asleep some awake).
 B. Sleeping with 10 other girls ages 12-16
 C. having multiple website profiles with produced images
 D. Multiple other guys played with, including 2 female [3o/s]
 E. sleeping with 7 girls while they were drunk passed out.
 F. Masterbating to multiple girls while they walked to school and pulling them aside and telling them to give me oral, or masterbate me^ I was on the news (sketch photo) for one .. so I stoped for awhile. or having Blow me while school girls walked by. →

→ needless to say I gave them alot. My lawyer does not want me to wait till April after all so I might be on for In Co still. I really don't know anymore.

- Wish you where here so I had someone to talk to about this shxx with. My case, My issues, the whole works.
- My prosicuter was there and was ~~pissed~~ Pxxxed (I slipped LoL) about everything and I think if she could she would have killed me. No seriosly killed me she was in tears by the time I was done and decided to walk out after 90% was told I finished and she came back and said "you need to go" while wiping her eyes. Fxxx I'm ~~screwed~~ Sxxxxed, 50 years here I come. lol. Well atleast I go with a clean consiance.
- Just got your letter — I didn't mean there was another page, that it was just easier to repley to what you wrote on the next trip. I have to rush and repley leads to pretty crapy responses. So you'll get this responce fri.
- I will add in detial some real storys for you then to.
- Last thing - I cant in words tell you how much you need to find Mileys new song baby talk - she in a crib, a high chair, in a diaper and bib and footy PJs and bare foot sucking on a bottle and binky and did I mention her toes. OMG

Story - Read 2nd                                                              page #1

    Man I'm such a pervert Charles thought as he sat in the basement of his parents house. He just spent the last three hours roaming around craigslist.com trying to find anything with a pussy willing to let a 38 year old slightly over-weight, starting to bald, glasses wearing (and not the cool looking glasses) guy. Fuck! That at this moment was also between jobs and mooching off his parents. Ten post responded to and ten rejected. This night was not looking very eventfull, still this was a typical friday night for the man with no prospects or goals other than looking at porn and searching for hookers online in a dark room with little to no light showing except the computer monitor. Then it happend, a responce to his add that he had himself posted. RE: Wants to sniff and trade panties. "Sounds fun, I have plenty to trade, all used and soiled" he read out loud. Tonight was starting to look up after all.

    After a few back and fourth emails, the meeting was set up and address was given. He knew he was most likely going to be meeting with someone very similar to him. Just another guy with a couple of wal-mart bought panties trying to pass them off as used by an actual female. For that there would be no need to get all dressed up or take a shower (and three days sacluded in his room he really needed a shower). He reached into the top drawer wear he kept all the panties he had obtained over the years, sorted as the ones on the left where personaly bought by him and the ones on the right he had gotten from trades. He pulled out what he thought to be the three cutest pairs from the left side. They definitely looked like teen panties. Bright neon colors with butterflys all over them. You could tell they came from the same pack, hopefully who ever he was meeting tonight wouldn't notice. With the panties in a small brown paper bag and a condom in his pocket just in case he saw a good enough looking hooker to stop for on the way from or to the meeting.

page #2

Charles grabed his keys and headed out praying not to get stood up or be a fake address of some unexpecting person that had nothing to do with the post. It wouldn't be the first time he was set up and he knew it wouldn't be the last. After thirty six minutes of (12:50AM No traffic highway) driving, he was finaly there. Pulling into a small one story ranch style house with more kids toys then he had ever seen before. Bikes, power wheels, play houses. This looked like a day care more than a ~~Pervs~~ house he thought. The delimma came almost instantly, continue on and see what lies ahead or turn around and hightail it out of there. Well at 3.49 a gallon he wasent going to make this trip for nothing. Charles continued on, past the toys, up the driveway and ultimitly to the door where he was just getting ready to knock when She opened.

"I've been waiting for you" she said standing in the doorway smiling. Looking up at a man who she knew would be dumbfounded. Guys usually where when they came over and she answered looking all innocent "I'm ashley" she said in a voice that was more mousy and cute than adult and harsh. Then hopped down the single stair in the front of the doorway and with a bounce grabbed and began to hug the total stranger. Charles froze while the young girl who looked to be in her mid to late twentys and stood around "5.2", barefoot and in baggy silk Pink PJ's and a baby blue tank top on, exposing the lack of a bra (Not that her small B sized breast needed one) squeezed him tightly. "Come In" ashley said with a smile after releasing the oversized man but not before grabing his hand and start to pull him inside.

Charles studied his surroundings while being lead through the house by the young woman who had a grip on Charles's hand and

→

page #3

didn't seem like she had any intention of letting him go. Nothing seemed out of place or weird looking. An average home all in all except for the amount of toys. So so many toys. Hell, even one toy was one to many for the man with no kids and no plan to ever have any either. What concerned him was that this was a family house. The kind with a dog, kids, wife and what he worried about most of all was a husband. The anticapation of a jeolues husband lurking around the corner was almost enough to make charles turn and run for the hills but that grip she had on him, Almost begging for him to keep up and not to leave her.

A little nervesnous ashley could handle but this guy was a train wreck with his sweaty palms, hand shaking and constant looking around when she finally relized he was staring at the family photos on the walls. "He's not here...... and wont be for a long time" she said. "What, uh, no I didn't me..." charles started when he was cut short by that even oh so cute mousy voice "My husbands locked up..... has been for a little over three months and will be that way for the next twelve years to come" and with a cheshire like grin she continued "So ... don't worry ... please, for me" With that said, she lead him to the living room and to the couch where she playfully flopped down tucking her feet under her and gave him a look of mischief while biting the side of her bottom lip. "Sit with me .... I wont bite" she giggled.

Ok so Im completly lost on where to go from here. If you would like to finish feel free. I would write on a scratch pad then transfer over to this sheet. I went a couple different directions but all sounded lame. I don't have a nak for erotic writing. LoL, Please destroy after Reading. ☺ - yes I give up, your the man @ writing ☺ it failed saving Down Emoji

