# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**

          **PLAINTIFF**

v.

**CHRISTOPHER KOSICKI**

          **DEFENDANT**

Criminal Action No. 3:14CR-00108-JHM

CHIEF JUDGE JOSEPH H. MCKINLEY, JR.

## ORDER

This matter is before the Court on the Defendant's motion to unseal supplemental plea agreement [DN 84] and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the motion is **denied**.

Copies to:   Counsel of Record
                U.S. Probation

*Joseph H. McKinley signature*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

February 8, 2016